UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>        Plaintiff,<br><br>  v.<br><br>Joseph P Ratto, in his individual and representative capacity as Trustee--Joseph P Ratto & Linda A Ratto 2000 Trust; Linda A Ratto, in her individual and representative capacity as Trustee-- Joseph P Ratto & Linda A Ratto 2000 Trust; and Harry Marvin Costa,<br><br>        Defendants. | No.  2:14-cv-01981-GEB-DAD<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

        Plaintiff filed a "Notice of Settlement" on September 30, 2015, in which he states: "a global settlement has been reached in the above-captioned case and . . . [a] Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days." (Notice of Settlement, ECF No. 11.)

        Therefore, a dispositional document shall be filed no later than November 30, 2015. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R.

1

160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated: September 30, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge

2